**Order filed, April 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00206-CV
_____

**KEVIN PREDERGAST AND JAMES INBODEN, Appellant**

**V.**

**DANIEL J. HOFFMAN AND DANIEL J. HOFFMAN, LLC D/B/A DANIEL J. HOFFMAN & ASSOCIATES, FKA DANIEL J. HOFFMAN, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-07609**

## ORDER

The reporter's record in this case was due **March 8, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 14, 2012, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 80th District Court, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If  does not timely file the

record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM